UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61246-CIV-SINGHAL

MICHAEL J. HASON,

    Plaintiff,

v.

WALMART, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant's (i) Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Court Order (DE [55]); and (ii) Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Court Order Requiring Amended Answers to Interrogatories and Response to Request for Production (DE [55]) (together, the "Motions"); and (iii) Magistrate Judge Valle's Report and Recommendation (DE [65]) recommending that the Motions be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [65]) is **AFFIRMED** and **ADOPTED**. Defendant's Motion to Dismiss (DE [55]) and (DE [58]) are **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 22nd day of September 2023.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE